IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MANDY LYNN ROZAK,

                                                                                                                             ORDER

                Plaintiff,

                                                                                                           14-cv-519-bbc

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties have moved jointly for judgment reversing the decision of Carolyn W. Colvin, Acting Commissioner of Social Security in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

On remand, the administrative law judge will be instructed to (1) include specific restrictions in the residual functional capacity to address plaintiff's moderate limitations in concentration, persistence or pace; (2) evaluate and explain the weight given to the opinion of Alexandru Barboi, M.D; and (3) further develop the record, making a reasonable effort to secure a June 2012 functional capacity evaluation referred to by Mark T. Szmanda, D.O., in January 2013 (Tr. 759-60).

ORDER

IT IS ORDERED that the decision of Carolyn W. Colvin, Acting Commissioner of

Social Security in this case is REVERSED.  The case is REMANDED to the commissioner.


Entered this 11th day of February, 2015.

                                         BY THE COURT:
                                         /s/
                                         BARBARA B. CRABB
                                         District Judge